AO 91 (Rev. 11/11) Criminal Complaint

FILED _____ ENTERED
LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

AUG 1 2 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>DONTE EUGENE TAYLOR<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **14-1808 TJS** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 11, 2014__ in the county of __Baltimore City__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Attempted Possession With Intent to Distribute 500 Grams or More of Cocaine and One Kilogram or More of Heroin |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

Eric Nye, S/A FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __08/12/2014__

_Judge's signature_

City and state: __Baltimore, Maryland__

Timothy J. Sullivan, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT OF ERIC S. NYE, SPECIAL AGENT
## DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION

I, ERIC S. NYE, being duly sworn, do hereby depose and state:

Introduction:

1. Your affiant is a Special Agent for the Department of Justice, Federal Bureau of Investigation (DOJ/FBI). I have been a Special Agent since 2006 and assigned to the Safe Streets Task Force (SSTF) of the Baltimore office of the FBI since 2008.

2. This affidavit is made in support of a complaint against **Donte Eugene Taylor**, of 2600 Jefferson Street, Baltimore, Maryland, charging him with attempted possession with intent to distribute heroin and cocaine, in violation of 21 U.S.C. § 846.

Details of the Investigation:

3. The FBI arrested Cooperating Witness 1 ("CW1") with several kilograms of both heroin and cocaine. CW1 indicated to the FBI his desire to cooperate. CW1 indicated that he had many multi-kilogram buyers in Baltimore to whom he was intending on selling the seized cocaine and heroin. One of those buyers was identified by CW1 as "Donte" (Donte Taylor). CW1 was shown a picture of Taylor at which time he identified him as the person he knew as Donte.

4. On August 11, 2014, CW1 made multiple consensually recorded calls in which Taylor indicated a desire to purchase both heroin and cocaine. At approximately 9:41 a.m., CW1 asked, "You ready to see me?" Taylor exclaimed, "Yeah!" CW1 replied, "I got both for you." Taylor replied, "Alright, so meet you around the way." CW1 clarified that he was referring to one kilogram each of both heroin and cocaine. Later CW1 explained that Taylor should grab some "paper" (money), "just so I have something." At approximately 1:49 p.m., Taylor explained, "I'm just waiting on my little homie to get to me." CW1 explained that Taylor was waiting for his coconspirator to deliver money so that Taylor had some money to bring to pay CW1.

5. At approximately 3:01 p.m., Taylor arrived at the Target parking lot and parked his car next to CW1's vehicle. Once Taylor had parked his vehicle, he was approached and placed under arrest by agents of the FBI. A search of his person and of the vehicle revealed that Taylor brought approximately $2,504 in U.S. currency on his person.

1

Conclusion:

6. Therefore, based on the facts set forth above, your affiant believes there is probable cause that **Donte Eugene Taylor**, of 2600 Jefferson Street, Baltimore, Maryland, attempted to possess with the intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, and one or more kilograms of heroin, a schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

_____
ERIC S. NYE, Special Agent
Department of Justice, Federal Bureau of Investigation

**Subscribed and Sworn** to before me and in my presence, this 12th day of August 2014, at Baltimore, Maryland.

_____
Timothy J. Sullivan
United States Magistrate

2